### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TOMMY THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. CIV-23-940-D |
| STATE OF OKLAHOMA, *et al.*, | ) ) ) |
| Defendants. | ) |

### ORDER

Upon review of the file and noting no timely objection to the findings and recommendation of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 8] in its entirety.

For the reasons stated therein, this action is **DISMISSED WITHOUT PREJUDICE** to refiling. Further, the Board of County Commissioners' Motion to Dismiss [Doc. No. 3] is **DENIED** as moot.

A separate judgment shall be entered accordingly.

**IT IS SO ORDERED** this 20th day of November, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge